ANTHONY M. STRONG, Respondent, *v.* ADAM BLAKE, 2d, et al., Appellants.

*G. L. Stedman* for the respondent.

Judgment affirmed by default, with costs.